**Order entered November 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00784-CV

**TONYA PARKS AND PARKS REALTY FIRM, LLC, Appellant**

**V.**

**AFFILIATED BANK, AFFILIATED BANK FSB, AFFILIATED BANK, INC., BANCAFFILIATED, INC., JOSHUA CAMPBELL, KATHERINE CAMPBELL, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-04540-C**

## ORDER

Before the Court is appellee Joshua Campbell's and appellee Katherine Campbell's November 2, 2016 motion for substitution of counsel. We **GRANT** the motion. We **DIRECT** the Clerk of the Court to remove Chris Hansen of Hermes Law, P.C. as counsel for appellees Joshua Campbell and Katherine Campbell and substitute Jerry C. Alexander and John G. Browning of Passman and Jones, P.C., 2500 Renaissance Tower, 1200 Elm Street, Dallas, Texas 75270 in his place.

/s/  ELIZABETH LANG-MIERS
    JUSTICE